IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 3:12-cr-13

                             District Judge Walter Herbert Rice
-vs-                            Magistrate Judge Michael R. Merz

                                 :

ADAM GLOWKA,

    Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 25), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 59(b)(2) has expired, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Plea Agreement herein (Doc. No. 26) and Defendant's plea of guilty pursuant to that agreement be, and they hereby are, accepted.

July 3, 2012.

                                                Walter Herbert Rice
                                                United States District Judge